Richard P. Tricker (SBN 101460)
tricker.r@wssllp.com
**WINGET SPADAFORA SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310-836-4800
Facsimile: 310-836-4801

Andrea R. Simmons (*Pro Hac Vice*)
andreas@hufferlaw.com
**S.K. HUFFER & ASSOCIATES, P.C.**
12821 E. New Market Street, Suite 250
Carmel, IN 46032
Telephone: 317-522-0308
Facsimile: 317-564-4812

Attorneys for Defendant BANKERS LIFE AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| HALAYNE KASOFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANKERS LIFE AND CASUALTY COMPANY and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No. CV13-08081-GAF (JEMx)<br>[Hon. Gary A. Feess, Ctrm. 740]<br><br>**[PROPOSED] JUDGMENT** |

[PROPOSED] JUDGMENT

1     On November 13, 2014, the Honorable Gary A. Feess, United States District
2 Judge presiding, granted the Motion for Summary Judgment filed by Defendant
3 Bankers Life & Casualty Company ("Defendant") as to the First Amended
4 Complaint filed on behalf of Plaintiff Halayne Kasoff ("Plaintiff").  With the
5 pleadings and evidence presented having been fully considered,

6     IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered
7 in favor of Defendant Bankers Life & Casualty Company and against Plaintiff
8 Halayne Kasoff on all counts of Plaintiff's First Amended Complaint, and that
9 Plaintiff's First Amended Complaint shall be dismissed in its entirety, with
10 prejudice.  Defendant shall be awarded its costs in the amount of $_____.

12 Dated: __Nov. 14__, 2014

HON. GARY A. FEESS
JUDGE OF THE UNITED STATES DISTRICT COURT

-1-

[ PROPOSED] JUDGMENT